# Court of Appeals
# of the State of Georgia

ATLANTA,   August 08, 2012

*The Court of Appeals hereby passes the following order:*

## A12A2238.  TORREY TERRANCE GREGORY v. THE STATE.

Torrey Terrance Gregory entered a guilty plea to numerous counts of sale of cocaine, sale of marijuana, and distributing controlled substances within 1000 feet of a housing project in August of 2010.  Gregory filed a pro se "Motion for Sentence Cut," and a "Motion to Reduce Sentence," both of which the trial court denied on October 31, 2011.  Gregory filed his pro se "Motion for Reduce of Sentence" on November 21, 2011, which the trial court construed as a motion to withdraw guilty plea and denied on January 18, 2012.  Gregory filed his notice of appeal on March 20, 2012, in which he challenges his conviction and sentence and argues that his trial counsel was ineffective.[1]  We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Gregory's notice of appeal was not filed timely from any of the orders entered in the case.  Therefore, this appeal is DISMISSED as untimely.

We note, however, that Gregory may be entitled to pursue an out-of-time appeal.  He is therefore informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995):  This appeal has been dismissed because your counsel failed to file a timely notice of appeal.  If you still wish to appeal, you

---

[1] Gregory initially filed his notice of appeal in the Supreme Court, which transferred the case here.

may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* <u>08/08/2012</u>
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*